# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 18-2269

Melissa Reynolds v. Encore Receivable Management I

(Originating Court No. 2-17-cv-02207)

## O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), with prejudice and without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,


s/ Patricia S. Dodszuweit
Clerk

Date:  10/25/2018

cc: Peter Cipparulo III, Esq.
    Benjamin J. Wolf, Esq.

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate